Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant*

FILED ✓ / RECEIVED ___
ENTERED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR 21 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ANTHONY LEE,<br><br>Plaintiff,<br><br>vs.<br><br>Owners of:<br>CAESARS ENTERTAINMENT CORPORATION dba Harveys Hotel and Casino,<br><br>Defendants. | Case No. 3:17-CV-00430-MMD-VPC<br><br>ORDER<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL (TIMOTHY A. MOTT)** |

NOTICE IS HEREBY GIVEN to the Court and all parties that Timothy A. Mott, Esq., is no longer associated with the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and should be removed as counsel of record for Defendant Caesars Entertainment Corporation d/b/a Harvey's Hotel and Casino, and removed from the Court's electronic service list for this case.

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC will remain as counsel of record for Defendant Caesars Entertainment Corporation d/b/a Harvey's Hotel and Casino.

DATED this 16th day of March, 2018.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: March 21, 2018

/s/ *Carol P. Michel*
Carol P. Michel, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2018, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (TIMOTHY A. MOTT)** was filed in accordance with the Electronic Filing Procedures of the United States District Court.

I further certify that on this same date, I served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (TIMOTHY A. MOTT)** by mailing a copy hereof, first class mail, postage prepaid to the following:

Charles Anthony Lee
922 12th Street
Sacramento, CA 95814
(916) 756-6729
*Pro Per Plaintiff*

_____
An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC